

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-13-00142-CR |
| Appellant, | § | Appeal from |
| v. | § | 384th District Court |
| JESUS ALBERTO GERARDO, | § | of El Paso County, Texas |
| Appellee. | § | (TC # 20120D03572) |
|  | § |  |

## MEMORANDUM OPINION

The State of Texas has filed a motion to dismiss this appeal. Rule 42.2(a) permits an appellate court to dismiss a criminal appeal on the appellant's motion at any time before the court's decision. TEX.R.APP.P. 42.2(a). Because the State has complied with the requirements of Rule 42.2(a), we grant the motion and dismiss the appeal.

October 30, 2013

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.

(Do Not Publish)